```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-01018-LKK-DAD** |
| Plaintiff, | **ORDER RE: STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| Chanchai Suphanbat, et al | |
| Defendants | |

The parties having jointly requested a continuance, IT IS HEREBY ORDERED THAT the status conference is continued to July 23, 2012 at 2:30 p.m.

Date:  June 6, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-12-cv-01018-LKK-DAD - 1