SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Chanchai Suphanbat, et al,<br><br>         Defendants. | Case No. **2:12-cv-01018-LKK-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendant Loc Tran**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS SO ORDERED THAT Defendant, Loc Tran, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). This case is to remain open with remaining Defendants.

Date:  July 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-01018-LKK-DAD- 1