SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Chanchai Suphanbat, et al,<br><br>    Defendants | Case No. **2:12-cv-01018-LKK-DAD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CHANCHAI SUPHANBAT; SAOVALUX PITAK** |

IT IS SO ORDERED, pursuant to stipulation, that the above-entitled action be and is hereby dismissed without prejudice as to Defendants Chanchai Suphanbat and Saovalux Pitak, pursuant to Fed. R. Civ. P. 41(a)(2). Defendant Loc Tran was previously dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk of the Court is

1 directed to close this case, all defendants having been
2 dismissed.
3     IT IS SO ORDERED.
4     DATED: October 22, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-01018-LKK-DAD- 2